Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DOMINGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCIAL CASTING CO. and COMMERCIAL MACHINE & ENGINEERING CORPORATION,<br><br>Defendants. | Case No. 5:17-cv-00622-JGB-SP<br><br>**ORDER ENTERING PARTIES' STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: March 31, 2017 |

And Now, to wit, upon consideration of the Parties' previously filed Stipulation to Dismiss Case Pursuant to FRCP 41(a)(1) With Prejudice [Docket No. 37], it is hereby ORDERED that the Stipulation to Dismiss with Prejudice is ENTERED and that this matter is Dismissed With Prejudice.

**IT IS SO ORDERED.**

Dated: September 27, 2018         _____
                                  HON. JESUS G. BERNAL
                                  UNITED STATES DISTRICT JUDGE