UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON DOMINGUEZ, | **Civil Case No.: 5:17-cv-00622-JGB-SP** |
| --- | --- |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| vs. | |
| COMMERCIAL CASTING CO. and COMMERCIAL MACHINE & ENGINEERING CORPORATION, | |
| Defendants. | |

Before the Court is the Parties' Stipulated Protective Order [Docket Number 35]. The Court has reviewed the Stipulated Protective Order contained herein. Accordingly, IT IS HEREBY ORDERED: The Parties' Stipulated Protective Order is hereby ENTERED.

---

1

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**

**IT IS SO ORDERED.**

Dated: October 2, 2018          BY THE COURT:

[signature]
_____
HON. SHERI PYM
United States Magistrate Judge